UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN SLAYTER,<br><br>                    Defendant. | CASE NO. 17-33 BAT<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court received no verified information about defendant. The complaint alleges defendant is not a citizen, has no legal status in the country and used false identities to commit one of the alleged crimes. The defendant stipulated to detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

1       (2)    Defendant shall be afforded reasonable opportunity for private consultation with

2 counsel;

3       (3)    On order of a court of the United States or on request of an attorney for the

4 Government, the person in charge of the correctional facility in which Defendant is confined

5 shall deliver the defendant to a United States Marshal for the purpose of an appearance in

6 connection with a court proceeding; and

7       (4)    The Clerk shall provide copies of this order to all counsel, the United States

8 Marshal, and to the United States Probation and Pretrial Services Officer.

9       DATED this 2nd day of February, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2